LODGED

Anna Y. Park, SBN 164242
Sue J. Noh, SBN 192134
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, 4th Floor
Los Angeles, CA 90012
Telephone: (213) 894-1082
Facsimile: (213) 894-1301

Attorneys for Plaintiff
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

FILED
CLERK, U.S. DISTRICT COURT
JAN 3 0 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SCAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Applicant,<br><br>v.<br><br>SC STAFFING SOLUTIONS, INC.,<br><br>Respondent. | CASE NO. CV08-00573 R FMOx<br><br>[PROPOSED] ORDER TO SHOW CAUSE WHY A SUBPOENA SHOULD NOT BE ENFORCED |

The Equal Employment Opportunity Commission ("EEOC") hereby applies to the Court for an Order to Show Cause why a certain subpoena duces tecum should not be enforced. On November 1, 2007, Subpoena Number LA 08-001 was issued and served on Respondent pursuant to Section 710 of Title VII of the Civil Rights Act of 1964, as amended, in connection with the investigation of three Charges of Discrimination. The EEOC having duly served the subpoena upon Respondent, and Respondent having failed to comply within the period designated, it is hereby

ORDERED that Respondent appear on the 25th day of February, 2008, at 10:00 am/~~pm~~ before the Honorable Manuel L. Real Judge of the United States District

1

1  Court, Central District of California in Courtroom __8__, of the United States
2  Courthouse, located at __312 No. Spring St.__, Los Angeles, CA
3  90012, and show cause why it should not be compelled to comply with the
4  subpoenas issued to it; it is further
5      ORDERED that Respondent be served with a copy of this Order to Show
6  Cause, with the Application on which the Order is based and the Memorandum in
7  Support, on or before the __Feb. 6,__ 2008; and it is further
8      ORDERED that Respondent must file and serve its answer to the
9  Application no later than __Feb. 12,__ 2008.
10     ORDERED that the EEOC may file a Reply brief in response to
11 Respondent's answer to the Application no later than
12 __Feb. 19__, 2008.

14 Dated: __Jan. 30, 2008__                    _____
15                                             UNITED STATES DISTRICT
16                                             JUDGE

2